

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE | § | No. 08-15-00320-CR |
|  | § | ORIGINAL PROCEEDING |
| JORGE GONZALEZ, | | |
|  | § | ON PETITION FOR WRIT OF |
| RELATOR. | § | MANDAMUS |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Annabell Perez, Judge of the 41st District Court of El Paso County, Texas, and concludes Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 16TH DAY OF DECEMBER, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.